1  David J. Kaminski (SBN: 128509)
   kaminskid@cmtlaw.com
2  Stephen A. Watkins (SBN: 205175)
   kaminskid@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile
   Attorneys for Defendant,
6  RESORTSTAY
   INTERNATIONAL, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA STEWART INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff,<br><br>RESORTSTAY INTERNATIONAL, LLC,<br><br>        Defendant | Case No. 2:14-cv-01886-JAK-JEM<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, THE PARTIES, AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that all parties in the above-entitled lawsuit have agreed to settle the lawsuit in its entirety. The parties anticipate that they will complete the settlement, and that the parties will file a Stipulation to Dismiss the individual action of Plaintiff SABRINA STEWART, with prejudice, and dismiss without prejudice the class action claims asserted in the lawsuit pursuant to FRCP 41(a)(1)(A)(ii), within 45 days from the date of this Notice. The parties request

that the Court take off calendar all future calendared dates. Each party shall bear their own costs and expenses.

Dated December 5, 2014     **KAZEROUNI LAW GROUP, APC**

By: /s/ Abbas Kazerounian
Abbas Kazerounian
*Attorneys for Plaintiff*
*SABRINA STEWART*

Dated: December 5, 2014     **CARLSON & MESSER LLP**

By: /s/ David J. Kaminski
David J. Kaminski
Stephen A. Watkins
Attorneys for Defendant,
*RESORTSTAY INTERNATIONAL, LLC*