# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA STEWART INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>RESORTSTAY INTERNATIONAL, LLC,<br><br>    Defendant | Case No. 2:14-cv-01886-JAK-JEM<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS THE ENTIRE ACTION WITH PREJUDICE**<br><br>**JS-6** |

  The Court has reviewed the Stipulation of Plaintiff SABRINA STEWART and Defendant RESORTSTAY INTERNATIONAL, LLC.  Good cause appearing, the Court grants the parties' Stipulation to Dismiss the entire action.  As stipulated by the parties, the action is dismissed with prejudice as to Plaintiff SABRINA STEWART, and dismissed without prejudice as to the putative class members,

pursuant to FRCP 41(a)(1)(A(ii), with each party to bear their respective attorneys' fees and costs.

**IT IS SO ORDERED**

Dated: February 2, 2015

_____
John A. Kronstadt
UNITED STATES DISTRICT JUDGE